IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


RICKEY L. HALCOMB                                                    PLAINTIFF


v.                                    3:05CV00130  JFF


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                             DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $1,821.45. The Defendant should certify said award and pay the Plaintiff's attorney this amount.

IT IS SO ORDERED this 18th day of April, 2007.


_____
UNITED STATES MAGISTRATE JUDGE